IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| RAY PADDOCK, | Civil No. 04-1875-BR |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant | |

Pursuant to the parties' stipulation, Plaintiff is hereby awarded $150.00 in costs pursuant to 28 U.S.C. § 1920 and $5,373.76 in fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 23rd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David M. Blume
DAVID M. BLUME
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2212

ORDER [04-1875-BR]